UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY EVANS,

     Plaintiff,

                                                    Case No. 2:24-cv-13258
v.                                        Hon. Mark A. Goldsmith

MICHAEL E. ULCH et al.,

     Defendants.

_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date.  The case is closed.

KINIKIA ESSIX
CLERK OF THE COURT

By:   s/Carolyn Ciesla
          DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2025